UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:15-cv-361 (WOB-SKB)

DAVID L. RABE                                                    PETITIONER

VS.                                   JUDGMENT

OHIO ATTORNEY GENERAL
MIKE DEWINE                                                      RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #15), and having considered *de novo* those objections filed thereto by Petitioner (Doc. #18), and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #15) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #3), is **DISMISSED** with prejudice. A certificate of appealability shall not issue: 1) With respect to the any of the grounds for relief alleged in the petition because petitioner has not stated a "viable claim of the denial of a constitutional right", nor are the issues presented "adequate to deserve encouragement to proceed further." 2) Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* of this judgment would be not be taken in "good faith," and therefore, would be **DENIED** upon a showing of financial necessity.

This 22nd day of November, 2016.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge